1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** **v.** **ANTHONY GOLDSMITH,** **Defendant.** | **NO. CV 11-769-WDK (KS)** **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. No. 1), the Notice of Claim Exemption (Dkt. No. 21) and related briefing, the Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 41), and Defendant's Objections to the Magistrate Judge's Report and Recommendation ("Objections") (Dkt. No. 43).  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that:  (1) Defendant's Claim of Exemption is DENIED in part and granted in part as set forth in the Report; (2) Plaintiff's Opposition to Defendant's Claim of Exemption is GRANTED in part and denied in part as set forth in the Report; and (3)

Plaintiff is authorized to garnish Defendant's wages in an amount not to exceed $105.00 per week until the subject judgment is satisfied.

DATED:  September 22, 2020

WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE